UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND


ANN PHAN,
    Plaintiff,

v.                                              C.A. No. 13-650L

CAROLYN W. COLVIN, Acting
Commissioner of the Social
Security Administration,
    Defendant.

## **ORDER**

No objection having been filed, the Report and Recommendation issued by Magistrate Judge Patricia A. Sullivan, on October 20, 2014, in the above-captioned matter is accepted and adopted pursuant to Title 28 United States Code § 636(b)(1). The Plaintiff's Motion to Reverse the Decision of the Commissioner is denied, and Defendant's Motion to Affirm the Decision of the Commissioner is granted.

It is so ordered.


/s/Ronald R. Lagueux
Ronald R. Lagueux
Senior United States District Judge
Date: 11/12/14